1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| KIMBERLY LEWIS, an individual, | Case No.  5:15-cv-01515-TJH-KKx |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL [JS-6]** |
| v. | |
| THE KROGER CO., an Ohio corporation; RIVERSIDE CREAMERY, a business entity form unknown; and DOES 1 through 10, inclusive, | Judge:     Hon. Terry J. Hatter, Jr. Crtrm.:     17 |
| | Complaint Filed:   May 21, 2015 Trial Date:          None |
| Defendant. | |

Based on the Stipulation of Dismissal in the above-captioned litigation filed by and through the parties' respective attorneys of record and good cause appearing, the Court orders as follows:

The instant action is hereby dismissed with prejudice, with Plaintiff and Defendant each to bear their own attorneys' fees and costs.  Additionally, all pending dates, deadlines, appearances and ordered submissions are vacated.

**IT IS SO ORDERED.**

DATED: Oct. 26, 2015

Hon. Terry J. Hatter, Jr.
United States District Judge

ORDER RE STIPULATION OF DISMISSAL